## Joe J. BONI v. SOVEREIGN CAMP, W. O. W.

### No. 1329.

Court of Appeal of Louisiana. First Circuit.

May 8, 1934.

Haas & Haas, of Opelousas, for appellant.

Lewis & Lewis, of Opelousas, for appellee.

MOUTON, Judge.

In this case, for the reasons stated in the case of Joe J. Boni et al. v. Sovereign Camp, W. O. W., 154 So. 678, the judgment appealed from is affirmed, with cost.